United States District Court
Southern District of Texas
ENTERED
August 20, 2026
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| MICHAEL NELSON, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 2:26-CV-00054 |
| | § | |
| U.S. DEPARTMENT OF HOMELAND SECURITY, *et al.*, | § | |
| | § | |
| | § | |
| Defendants. | § | |

**ORDER**

Before the Court is Plaintiff's Motion for Leave to Exceed Page Limits (D.E. 39), presented as unopposed. After due consideration, the Court finds that the explanation for the need for a 90-page motion is insufficient. Each of the reasons given is stated in conclusory form. It states that it prevents multiple motions, but does not state what those more granulated motions would contain. It states that it covers four topics, but does not indicate why any of those topics require excessive pages. It states that it includes a statement of undisputed facts comprising 47 paragraphs, but it does not state how many pages that covers. And while represented to be undisputed, there is no averment that Defendant agrees that those facts are undisputed. Last, it has not attached the proposed motion as an exhibit for the Court to review.

While the Court appreciates the desire to provide a single comprehensive and thorough presentation of Plaintiff's case, a motion that nearly quadruples the page limits does not appear to provide any economy. And the Court is not inclined to expand the page limits for the response, simply as a courtesy, without a motion providing Defendant's own grounds.

After due consideration, the Court **ORDERS** the parties to confer and file a joint statement of undisputed facts as a separate document not chargeable to the page limits of either party. The joint statement shall not be repeated in the briefing, shall not exceed 12 pages, and shall be filed on or before **August 31, 2026**.

Plaintiff's motion is **GRANTED IN PART** and the Court **GRANTS LEAVE** to Plaintiff to file one motion, not to exceed **45 pages**. In the event Plaintiff needs additional time to comply with this page reduction, he may seek an extension of the motion deadline.

Plaintiff's motion is **DENIED IN PART** to the extent that it seeks leave for additional pages on behalf of Defendant. This denial is without prejudice against Defendant seeking its own relief.

**ORDERED** on August 20, 2026.

Nelva Gonzales Ramos

NELVA GONZALES RAMOS
UNITED STATES DISTRICT JUDGE