United States District Court
Southern District of Texas
**ENTERED**
November 18, 2026
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| MICHAEL NELSON, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 2:26-CV-00054 |
| | § | |
| U.S. DEPARTMENT OF HOMELAND SECURITY, *et al.*, | § | |
| | § | |
| | § | |
| Defendants. | § | |

**ORDER FOR SUPPLEMENTAL INFORMATION**

The Court has conducted a preliminary review of the administrative record and the briefing filed in this action in support of the pending motions for summary judgment. To ensure a complete record and understanding of the procedural posture of this case, the Court **ORDERS** the parties to respond to the following requests for information on or before **December 1, 2026**:

1. Please submit a copy of Plaintiff's Form I-864 Affidavit of Support.
2. Please state whether Plaintiff has submitted to USCIS a request to withdraw his Form I-864 and whether that request, if any, was effectuated.
3. If the ability to request to withdraw a Form I-864 was not a part of the form when Plaintiff signed it, please state whether and when the provision relating to a request to withdraw a Form I-864 was added to the Form I-864 and by what authority that language was added.
4. Please submit a copy of Beneficiary's I-751 Petition, if any.

5. Please state the Beneficiary's current immigration status—whether the conditions remain or have been removed from her legal residency and whether she is in removal proceedings.

This is not a request for additional briefing. If any explanation is required, that explanation may not exceed three (3) pages.

**ORDERED** on November 18, 2026.

NELVA GONZALES RAMOS
UNITED STATES DISTRICT JUDGE